UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

                               Plaintiff,

      -against-

SIMPLE.COM, INC., and WIRED SOLUTIONS, LLC,

                               Defendants.

----------------------------------------------------------------X

CV 02-2748 (DRH) (MLO)

## NOTICE OF OBJECTIONS TO THE REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTER

TO:    Plaintiff Computer Associates International, Inc. and its counsel of record Leonard "Christopher" Martiniak, Heller Ehrman LLP, 333 Bush Street, San Francisco, CA 94104-2878.

       **PLEASE TAKE NOTICE** that Defendants Simple.com, Inc. and Wired Solutions, LLC, pursuant to Rule 72 of the Federal Rules of Civil Procedure, hereby object to the Special Master's Report and Recommendation Regarding Claim Construction and Report and Recommendation Regarding Infringement.

Dated: March 16, 2006.                  s/Alan M. Anderson
                                                          Alan M. Anderson
                                                           Sharna A. Wahlgren
                                                           Christopher A. Young
                                                           FULBRIGHT & JAWORSKI L.L.P.
                                                           2100 IDS Center
                                                           80 South Eighth Street
                                                           Minneapolis, MN  55402-2112
                                                          Telephone: (612) 321-2800
                                                          Facsimile: (612) 321-9600

Mark E. Ungerman
FULBRIGHT & JAWORSKI L.L.P.
Market Square
801 Pennsylvania Avenue, N.W.
Washington, D.C. 2004-2615
Telephone:  (202) 662-0200
Facsimile:  (202) 662-4643

Stephen J. Smirti, Jr.
Celeste M. Butera
RIVKIN RADLER L.L.P.
EAB Plaza
West Tower – 10th Floor
Uniondale, NY 11556-0111
Telephone:  (516) 357-3000
Facsimile:  (516) 357-3333

Attorneys for Defendants Simple.com, Inc. and Wired Solutions, LLC